[No. 36384-4-II.  Division Two.  May 20, 2008.]

JOSEPH CURTIN, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-06719-1, John R. Hickman, J., entered May 11, 2007. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.

[No. 25909-9-III.  Division Three.  May 20, 2008.]

DAVE WOODY, *Appellant*, v. DARBY STAPP ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-2-00755-4, Craig J. Matheson, J., entered January 12, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Thompson, J. Pro Tem. Now published at 146 Wn. App. 16.

[No. 25638-3-III.  Division Three.  May 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN DAVID CRANFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-00343-2, Kathleen M. O'Connor, J., entered September 29, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 26114-0-III.  Division Three.  May 22, 2008.]

LAMAR OBIE CORPORATION, *Respondent*, v. C 1031 PROPERTIES, INC., ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-04196-2, Salvatore F. Cozza, J., entered April 13, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.